IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHASE KELLER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-00830-LY |
| | § | |
| ROTECH HEALTHCARE INC., | § | |
|     DEFENDANT. | § | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On April 5, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. #35). Accordingly,

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this _6th_ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE